IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:10CR3024 |
| | ) | |
| KRISTOPHER ROWELL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Motion to Extend the Deadline for Filing Pretrial Motions, filing 17, from April 30, 2010, until May 14, 2010. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the Defendant shall file any pretrial motions in the above captioned matter no later than Friday, May 14, 2010.  This Court further finds that, based upon the showing set forth in Defendant's Motion, the ends of justice will be served by extending the deadline for filing pretrial motions.  Further, that taking such action outweighs the best interests of the public and the Defendant in a speedy trial.  Accordingly, the time from April 30, 2010, until May 14, 2010, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A).

Dated this 29th day of April, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
The Honorable Cheryl R. Zwart
United States Magistrate Judge