UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:10CR3024 |
| ) | |
| vs. ) | **FINAL ORDER OF** |
| ) | **FORFEITURE** |
| KRISTOPHER ROWELL, ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS 3rd day of August, 2011, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 67). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On May 12, 2011, the Court entered a Preliminary Order of Forfeiture (Filing No. 64) pursuant to the provisions of Title 18, United States Code, Sections 2252A(a)(2) and 2253, based upon the Defendant's plea of guilty to Counts I and III of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a WD external hard drive, Model 16001032-001, Serial No. WCANMF293977, and an HP laptop computer, Serial No. CNF72726VR, was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on May 29, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on August 2, 2011 (Filing No. 66).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the WD external hard drive, Model 16001032-001, Serial No. WCANMF293977, and the HP laptop computer, Serial No. CNF72726VR, held by any person or entity, are hereby forever barred and foreclosed.

C. The WD external hard drive, Model 16001032-001, Serial No. WCANMF293977, and the HP laptop computer, Serial No. CNF72726VR, be, and the same hereby are, forfeited to the United States of America.

D. The United States Marshal for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 3rd day of August, 2011.

BY THE COURT:

*Richard G. Kopf*

UNITED STATES DISTRICT JUDGE